THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Curtis Coleman, Appellant.
 
 
 

Appeal From Aiken County
  James R. Barber, Circuit Court Judge

Unpublished Opinion No. 2004-UP-455
 Submitted July 7, 2004  Filed August 26, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender Aileen P. Clare, Office of Appellate Defense, 
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Curtis Coleman appeals his conviction for forgery, arguing 
 the trial judge erred in accepting his guilty plea before requiring the State 
 to present its factual basis for the charge.  After a thorough review of the 
 record and counsels brief pursuant to Anders v. California, 386 U.S. 
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), 
 we dismiss Colemans appeal under Rule 220(b)(2), SCACR and grant counsels 
 motion to be relieved. [1] 
APPEAL DISMISSED.
HEARN, C.J., KITTREDGE, J., and CURETON, A.J., concur.

 
 
 [1]        We decide this case without oral argument pursuant to Rule 
 215, SCACR.